1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOAN RILEY JAGER

                 Plaintiff,

       v.

JO ANNE B. BARNHART,

               Defendant.

CASE NO.C03-5147RBL

MINUTE ORDER

NOW, on this 16th day of August, 2006, the Court directs the Clerk to enter the following Minute Order:

Pursuant to the Mandate of the United States Court of Appeals for the Ninth Circuit Reversing and Remanding, this case is **REMANDED to the ALJ** for further administrative proceedings to determine whether, in light of the newly-credited evidence, Jager is disabled. The clerk shall close the case upon this remand.

The foregoing Minute Order entered by     s/Jean Boring , Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.

Minute Order - 1