HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOAN RILEY JAGER,<br><br>               Plaintiff,<br><br>      v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>               Defendant. | Case No. C03-5147 RBL<br><br>ORDER |

    The Court sua sponte withdraws the order prematurely filed on November 30, 2006. Dkt. # 45. Oral argument will be heard on December 11, 2006 at 2:30pm in Courtroom B.

    DATED this 1st day of December, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1